**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1014

IRFAN SHOUKAT GORAIA,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A79-745-803)

Submitted:  July 25, 2007              Decided:  August 10, 2007

Before MICHAEL and DUNCAN, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Robert A. Remes, CARLINER & REMES, P.C., Washington, D.C., for
Petitioner.  Peter D. Keisler, Assistant Attorney General, M.
Jocelyn Lopez Wright, Assistant Director, John P. Devaney, Office
of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Irfan Shoukat Goraia, a native and citizen of Pakistan, petitions for review of an order of the Board of Immigration Appeals ("Board") upholding the immigration judge's denial of his motion for a continuance. We have reviewed the record pertaining to the denial of Goraia's motion and find no abuse of discretion. See Lendo v. Gonzales, ___ F.3d ___, ___, 2007 WL 1982038, *1 (4th Cir. July 10, 2007) (setting forth standard of review). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Goraia, A79-745-803 (B.I.A. Dec. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED